UNITED STATES of America, Plaintiff—Appellee,

v.

Leo Leon EDWARDS, Defendant— Appellant.

Nos. 10–10205, 10–10206.

United States Court of Appeals, Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provid-

**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Steven Michael HARRILL,
Defendant—Appellant.**

**No. 10–10210.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.*

Filed June 7, 2011.

Randall M. Howe, Esquire, Assistant U.S., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tara Kristine Hoveland, Bigfork, MT, for Defendant–Appellant.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

### MEMORANDUM **

Leo Leon Edwards appeals from the lifetime term of supervised release imposed following his guilty-plea conviction for failure to register as a convicted sex offender, in violation of 18 U.S.C. § 2250(a). We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Edwards contends that the district court abused its discretion and failed to explain adequately the imposition of a lifetime term supervised release. The valid and enforceable appeal waiver precludes our review of these contentions. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009).

**DISMISSED.**

ed by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).